UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.          4:09cv286 - SPM

LIONEL B. CATLIN,

    Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, LIONEL B. CATLIN, is subject to the jurisdiction of this Court. Defendant accepts service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 20 U.S. C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. That judgment should be entered against the defendant in the principal sum of $42,316.86, plus interest in the amount of $598.23 accrued through December 1, 2010, plus accruing interest at the annual rate of 3.77% as set forth in the Certificate of Indebtedness prepared by the Department of Education which is attached hereto and incorporated herein, plus costs of court in the sum of $350.00 and costs in the amount of $155.00 to the US Marshal's Office for Service of Process Fees and Expenses.

WHEREFORE, Judgment is entered against the defendant in the sum of $43,070.09 (principal $42,316.86; plus interest $598.23; costs of the court $350.00; and U.S. Marshal's service fees $155.00).   Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

PAMELA C. MARSH
United States Attorney


_Lionel Catlin_

LIONEL B. CATLIN
Defendant


_Robert D. Stinson_

ROBERT D. STINSON
Assistant United States Attorney


APPROVED AND SO ORDERED:


_1/27/11_
Date


_Stephen P. Mickle_

STEPHAN P. MICKLE
Chief United States District Judge


Copies to:

Robert D. Stinson
Lionel B. Catlin